# UNITED STATES DISTRICT COURT
for the
Northern District of West Virginia

Donald Buracker and Jay Longerbeam,
    *Plaintiff(s)*
    v.
Shepherd University,
    *Defendant(s)*

Civil Action No. 3:19cv169

## JUDGMENT IN A CIVIL ACTION

The court has ordered that:

☐ Judgment award     ☐ Judgment costs     ☒ Other

other: Defendant Shepherd University's Motion to Dismiss and Memorandum in Support is hereby GRANTED and Plaintiffs' Amended Complaint is hereby DISMISSED without prejudice. This action is stricken from the docket.

This action was:

☐ tried by jury     ☐ tried by judge     ☒ decided by judge

decided by Judge John Preston Bailey

Date: March 17, 2020

*CLERK OF COURT*
Cheryl Dean Riley
/s/ T. Gregory, Deputy Clerk

*Signature of Clerk or Deputy Clerk*